**DISMISS; and Opinion Filed September 10, 2019.**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00379-CV**

**MAY LTAIF, Appellant**
**V.**
**RAMA NPL 1, LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-07215-C**

# MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Pedersen, III

Before the Court is the September 4, 2019 Joint Motion to Dismiss and to Release

Supersedeas Funds in Court's Registry. We grant the motion and dismiss the appeal.

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

190379F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MAY LTAIF, Appellant

No. 05-19-00379-CV          V.

RAMA NPL 1, LLC, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-18-07215-C.
Opinion delivered by Justice Pedersen, III.
Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellee Rama NPL 1, LLC recover its costs of this appeal from appellant May Ltaif. Pursuant to the parties' agreement, we **ORDER** that all funds deposited by Ltaif with the County Court of Law to suspend enforcement of the County Court at Law's Judgment be released to Rama NPL 1, LLC and delivered to its counsel of record Jeremy T. Brown.

Judgment entered this 10th day of September, 2019.